**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 115 MAP 2014
                                     :
           Appellant         : Appeal from the judgment of sentence of
                                       : the Berks County Court of Common Pleas,
                                       : Criminal Division, at No.
           v.                   : CP-06-CR-0002484-2011 dated May 23,
                                       : 2014
                                       :
EDWIN BURGOS,                      :
                                       :
           Appellee          :

**ORDER**

**PER CURIAM**

      **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).